Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MICHAEL RAY TAYLOR, JR.,<br><br>         Defendant. | Case No. 2:12-CR-0375 KJM<br><br>STIPULATION AND ORDER CONTINUING ARRAIGNMENT TO NOVEMBER 30, 2012 |

Counsel for defendant Michael Ray Taylor, Jr., Timothy E. Warriner, Esq., and counsel for the government, Assistant U.S. Attorney Jared C. Dolan, hereby stipulate and agree that the arraignment scheduled for November 26, 2012 at 2:00 p.m. before the Honorable Kendall J. Newman, United States Magistrate Judge, be continued to **Friday, November 30, 2012 at 2:00 p.m.** The parties agree that there is good cause for said continuance in that Mr. Taylor, Jr. will be driving with his father (a named co-defendant) to the already scheduled arraignment this Friday.

DATED: November 26, 2012       /s/ Tim Warriner, Attorney for
                                Defendant, Michael Taylor, Jr.

DATED: November 26, 2012       /s/ Jared C. Dolan, Assistant
                                U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the arraignment scheduled for November 26, 2012 be continued to November 30, 2012 at 2:00 p.m.

**Date: 11/26/2012**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE