Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL RAY TAYLOR, JR.,<br><br>　　　　Defendant. | Case No. 2:12-CR-0375 KJM<br><br>STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE UNSECURED APPEARANCE BOND |

　　　　On November 30, 2012, Mr. Michael Taylor, Jr., was released. He was ordered to post a $20,000 unsecured appearance bond co-signed by Mr. Andy Gutierrez. Mr. Gutierrez resides in the Los Angeles area. Defense counsel is informed and believes that Mr. Gutierrez has co-signed the appearance bond, and that it is being sent by U.S. Mail to counsel's office. It is anticipated that counsel will have the bond on December 10-11, 2012.

　　　　Counsel for defendant Michael Ray Taylor, Jr., Timothy E. Warriner, Esq., and counsel for the government, Assistant U.S. Attorney Jared C. Dolan, hereby

stipulate and agree that the time to file the appearance bond be extended to December 14, 2012.

DATED: December 7, 2012            /s/ Timothy E. Warriner, Attorney for Defendant, Michael Taylor, Jr.

DATED: December 7, 2012            /s/ Jared C. Dolan, Assistant U.S.Attorney

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the time to file the $20,000 appearance bond co-signed by Mr. Andy Gutierrez be extended to December 14, 2012.

DATED:  December 10, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE