Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL RAY TAYLOR, JR., *et al.*,<br><br>  Defendants. | Case No. 2:12-CR-0375 KJM<br><br>STIPULATION AND ORDER CONTINUING  DATE FOR JUDGMENT AND SENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through its counsel of record, hereby stipulate as follows:

The sentencing date of August 25, 2016 be continued to November 17, 2016. Said date is requested in order to allow more time to complete the draft PSR. The parties adopt the following schedule concerning the PSR: draft PSR due October 6, 2016; informal objections to draft PSR due October 20, 2016; final PSR due October 27, 2016; motion for correction of PSR due November 3, 2016; opposition to any motion for correction due November 10, 2016.

IT IS SO STIPULATED

1 | DATED: July 25, 2016 /s/ Timothy E. Warriner, Attorney for Defendant, Michael Taylor, Jr.

3 | DATED: July 25, 2016 /s/ Jared C. Dolan, Assistant U.S. Attorney

6 | IT IS SO ORDERED

DATED: JULY 26, 2016
UNITED STATES DISTRICT JUDGE