Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0375-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING DATE |
| vs. | |
| MICHAEL RAY TAYLOR, JR, | |
| Defendant. | |

The parties, after consultation with the United States Probation Officer assigned to this matter, hereby stipulate that the sentencing hearing be continued to January 19, 2017, and adopt the following schedule concerning the PSR:

| Judgment and Sentencing Date | January 19, 2017 at 9:30 a.m. |
|---|---|
| Draft Pre-Sentence Report Disclosed to Counsel no Later Than: | November 17, 2016 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | December 1, 2016 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | December 8, 2016 |
| Motion for Correction of the Presentence Report Shall be Filed with | December 15, 2016 |

| the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | |
|---|---|
| Reply, or Statement of Non-Opposition | December 22, 2016 |

DATED: September 27, 2016        /s/ Timothy E. Warriner, Attorney for Defendant, Michael Taylor, Jr.

DATED: September 27, 2016        /s/ Jared C. Dolan, Assistant U.S.Attorney

## ORDER

GOOD CAUSE APPEARING, the court continues the judgment and sentencing hearing to January 19, 2017 at 9:30 a.m., and adopts the foregoing schedule for filing objections to the draft report.

DATED: September 28, 2016

_____
Troy L. Nunley
United States District Judge