Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0375 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |
| vs. | |
| MICHAEL RAY TAYLOR, JR., | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through its counsel of record, hereby stipulate as follows:

The sentencing date of March 9, 2017 be continued to May 11, 2017 at 9:30 a.m. The parties agree to the following schedule concerning the PSR:

| Judgment and Sentencing Date | May 11, 2017, 9:30 a.m. |
|---|---|
| Reply, or Statement of Non-Opposition | May 4, 2017 |
| Motion for Correction of the PSR shall be filed with the court and served on the Probation Officer and opposing counsel no later than | April 27, 2017 |
| The PSR shall be filed with the Court and disclosed to counsel no later than | April 20, 2017 |

1

| Counsel's written objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than | April 13, 2017 |
|---|---|
| The proposed PSR shall be disclosed to counsel no later than | March 30, 2017 |

IT IS SO STIPULATED

DATED: March 6, 2017        /s/ Timothy E. Warriner, Attorney for Defendant, Michael Taylor, Jr.

DATED: March 6, 2017        /s/ Jared C. Dolan, Assistant U.S.Attorney

## ORDER

GOOD CAUSE APPEARING, the court hereby continues the date for pronouncement of judgment and sentence from March 9, 2017 to May 11, 2017 at 9:30 a.m. The court adopts the above schedule concerning the PSR.

DATED: March 6, 2017

Troy L. Nunley
United States District Judge